IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

TRUSTEES OF THE UNITED          )
ASSOCIATION NATIONAL PENSION    )
FUND, *et al.*,                 )
                                )
    Plaintiff,    )
                                )
    v.            )    Civil Action No. 1:23-cv-1653 (RDA/LRV)
                                )
MACCARONE PLUMBING, INC.,       )
                                )
    Defendant.    )

## ORDER

This matter comes before the Court upon the Report and Recommendation ("Recommendation") (Dkt. 15) issued by U.S. Magistrate Judge Lindsey R. Vaala on February 12, 2026, as well as Plaintiffs' Motion for Default Judgment (Dkt. 10). Judge Vaala recommends that the Court grant the Motion and enter judgment in favor of Plaintiffs and against Defendant as to Counts I and II in the total sum of $54,179.47. Dkt. 15. Objections to the Recommendation were due on February 26, 2026. To date, no objections have been filed.

After reviewing the record and Magistrate Judge Vaala's Recommendation, and finding no clear error,[1] the Court hereby APPROVES and ADOPTS the Recommendation (Dkt. 15). Accordingly, it is hereby

ORDERED that Plaintiff's Motion for Default Judgment (Dkt. 10) is GRANTED.

---

[1] *See Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (in the absence of any objections to a Magistrate Judge's Recommendation, the Court "need not conduct a *de novo* review, but instead must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation'").

The Clerk is directed to enter judgment in favor of Plaintiffs and against Defendant pursuant to Federal Rule of Civil Procedure 55 as to Counts I and II, in the total sum of $54,179.47, as follows:

- For Plaintiff Trustees of the United Association National Pension Fund, $22,101.95 in liquidated damages for late paid contributions for the months of January 2023 through October 2023 equal to 10% of contributions due each month for which contributions were not paid timely; and interest in the amount of $19,013.52 assessed at the rate of 12% per annum of the amount due from the date each contribution came due, but not paid, through the date of payment;

- For Plaintiff Trustees of the International Training Fund, $4,118.76 in liquidated damages assessed on late payments for the months of January 2023 through October 2023 equal to 20% of contributions due each month for which contributions were not paid timely; and interest in the amount of $1,762.99 assessed at the rate of 12% per annum from the date each contribution came due, but was not paid, through the date of payment; and

- Costs of $700.00 and reasonable attorneys' fees of $6,482.25 payable to Plaintiff Trustees of the United Association National Pension Fund.

The Clerk is further directed to forward copies of this Order to counsel of record and place this matter among the ended causes.

It is SO ORDERED.

Alexandria, Virginia
March ___, 2026

_____ /s/

Rossie D. Alston, Jr.
United States District Judge